UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                              :

DAVID P. BROWN, SR.                 :    BK No. 08-13586
         Debtor                          Chapter 13

- - - - - - - - - - - - - - - - - -x

## ORDER

Heard on January 21, 2009, on Moorpark Limited, LLC's Motion for Relief from Automatic Stay in Order to Record a Deed and to Take Possession. At the hearing, counsel for the movant stated that the issue at hand is similar, but not identical, to one we had under advisement in the case of *In re Medaglia*, BK No. 08-12804. Movant's counsel also indicated that *Medaglia*, when issued, would be helpful, but not entirely dispositive of the issues in the present case.  On April 1, 2009, this Court issued its Decision granting relief from stay in *In re Medaglia*, BK No. 08-12804 (Docket No. 40).

Accordingly, Moorpark Limited, LLC's Motion for Relief from Automatic Stay is scheduled for hearing on April 16, 2009. A joint pre-trial order is to be filed by April 10, 2009.

Dated at Providence, Rhode Island, this   6th       day of April, 2009.

                                                 Arthur N. Votolato
                                                 U.S. Bankruptcy Judge

Entered on docket: 4/6/09